**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__District of Puerto Rico__

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  COMUNICADORES GRAFICOS INC

**2. All other names debtor used in the last 8 years**  CG PRINTING GROUP, INC.

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  6 6 – 0 6 5 3 6 1 3

**4. Debtor's address**

Principal place of business:
URB. INDUSTRIAL SAN ISIDRO LOTE 16
Number  Street
CARR. 188 KM 0.5
Canovanas, PR 00729
City  State  ZIP Code

Canovanas
County

Mailing address, if different from principal place of business:
Number  Street
PO Box 30000 Suite 566
P.O. Box
Canovanas, PR 00729
City  State  ZIP Code

Location of principal assets, if different from principal place of business:
Number  Street
City  State  ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☒ Other. Specify:   Incorporation

---

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 1

Debtor __COMUNICADORES GRAFICOS INC_____ Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   __3__ __2__ __3__ __1__ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                                  MM / DD / YYYY<br>         District _____ When _____ Case number _____<br>                                                  MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>         District _____ When _____<br>                                                                       MM / DD / YYYY<br>         Case number, if known _____ |

Debtor    COMUNICADORES GRAFICOS INC _____    Case number *(if known)* _____
                Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                                       Number   Street<br>_____  _____  _____<br>City                                                      State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49       ☐ 50-99       ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999     ☐ 10,001-25,000                      ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000              ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor   COMUNICADORES GRAFICOS INC                           Case number *(if known)* _____
         Name

**16. Estimated liabilities**

- [ ] $0-$50,000
- [x] $1,000,001-$10 million
- [ ] $500,000,001-$1 billion
- [ ] $50,001-$100,000
- [ ] $10,000,001-$50 million
- [ ] $1,000,000,001-$10 billion
- [ ] $100,001-$500,000
- [ ] $50,000,001-$100 million
- [ ] $10,000,000,001-$50 billion
- [ ] $500,001-$1 million
- [ ] $100,000,001-$500 million
- [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/12/2023
              MM/ DD/ YYYY

X   /s/ Juan Rafael Pierantoni Gonzalez                    Juan Rafael Pierantoni Gonzalez
    Signature of authorized representative of debtor       Printed name

Title        President

**18. Signature of attorney**

X         /s/ Jesus Enrique Batista Sanchez        Date   04/12/2023
    Signature of attorney for debtor                      MM/ DD/ YYYY

Jesus Enrique Batista Sanchez
Printed name

The Batista Law Group, PSC
Firm name

239 Ave Arterial Hostos Ste 206
Number       Street

San Juan                                    PR          00918-1475
City                                        State       ZIP Code

(787) 620-2856                              jeb@batistasanchez.com
Contact phone                               Email address

USDC No. 227014                             PR
Bar number                                  State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page **4**

Fill in this information to identify the case:

Debtor name: COMUNICADORES GRAFICOS INC

United States Bankruptcy Court for the: District of Puerto Rico

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ACRECENT<br><br>PO Box 363372<br>San Juan, PR 00936 | | Commercial Lease | | | | $403,100.17 |
| 2 | AMERICAN PAPER CORPORATION<br><br>AMELIA INDUSTRIAL PARK 26 B CALLE EMMA SUITE 1<br>Guaynabo, PR 00968-8007 | | Credit purchases | | $276,685.62 | $70,000.00 | $206,685.62 |
| 3 | AMERICAN PAPER CORPORATION<br><br>AMELIA INDUSTRIAL PARK 26 B CALLE EMMA SUITE 1<br>Guaynabo, PR 00968-8007 | | Credit purchases | | | | $83,757.40 |
| 4 | CEFI<br><br>650 LUIS MUNOZ RIVERA AVE. SUITE 101<br>, 00918 | | Commercial lease | | | | $573,699.38 |
| 5 | CEFI<br><br>650 LUIS MUNOZ RIVERA AVE. SUITE 101<br>, 00918 | | Commercial lease | | | | $249,274.64 |
| 6 | COMPANIA DE FOMENTO INDUSTRIAL DE PR<br><br>PO Box 192159<br>San Juan, PR 00919 | | Rent arrears and insurances | | | | $243,151.00 |
| 7 | CORPORACION FONDO DEL SEGURO DEL ESTADO<br><br>PO Box 248<br>Bayamon, PR 00960 | | | | | | $400,000.00 |
| 8 | CRIM<br><br>PO Box 195387<br>San Juan, PR 00919-5387 | | Property taxes | | | | $84,464.00 |

Debtor  COMUNICADORES GRAFICOS INC  Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 DEPARTAMENTO DE HACIENDA BANKRUPTCY DEPARTMENT Po Box 9024140 San Juan, PR 00902-4140 | | State taxes and IVU | | | | $747,584.81 |
| 10 IRS PO Box 7346 Philadelphia, PA 19101 | | | | | | $226,093.74 |
| 11 IRS PO Box 7346 Philadelphia, PA 19101 | | SUTA | | | | $112,853.53 |
| 12 LUMA ENERGY PO Box BOX 363508 San Juan, PR 00936 | | Utility-Electricity | | | | $343,443.03 |
| 13 LUMA ENERGY PO Box BOX 363508 San Juan, PR 00936 | | Utility-Electricity | | | | $232,404.09 |
| 14 MUNICIPIO DE CANOVANAS PO Box 1612 Canovanas, PR 00729 | | Patente | | | | $64,428.00 |
| 15 ORIENTAL BANK PO Box 364745 San Juan, PR 00936 | | Credit line | | $319,843.75 | $300,000.00 | $271,117.55 |
| 16 RESOLUTE FP US, INC. 5300 CURETON FERRY RD Catawba, SC 29704 | | Credit purchases | | | | $266,445.36 |
| 17 RICOH PUERTO RICO INC 1510 AVE. FRANKLIN DELANO ROOSEVELT Guaynabo, PR 00968 | | Service | | | | $55,000.00 |
| 18 SMALL BUSINESS ADMINISTRATION PO Box 3918 Portland, OR 97208-3918 | | Commercial loan | | $64,431.54 | $150,000.00 | $64,431.54 |
| 19 SMALL BUSINESS ADMINITRATION PO Box 3918 Portland, OR 97208 | | Emergency loan | | | | $64,597.90 |
| 20 WILFREDO HERNANDEZ MALDONADO URB. ROLLING HILLS Carolina, PR 00987 | | UNFAIR DISMISSAL COMPENSATION | Disputed | | | $65,675.08 |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 2

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Puerto Rico

In re     COMUNICADORES GRAFICOS INC

Case No. _____

**Debtor**

Chapter _____11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **NO LOOK FEE**

   For legal services, I have agreed to accept ................................................................................ _____

   Prior to the filing of this statement I have received ..................................................................... _____

   Balance Due ................................................................................................................................. _____

   ☑ **RETAINER**

   For legal services, I have agreed to accept and received a retainer of .................................................... $30,000.00

   The undersigned shall bill against the retainer at an hourly rate of ........................................................ $275.00
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. ____$1,738.00____ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

4. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

5. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

B2030 (Form 2030) (12/15)

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.    (1) The fee agreement between THE BATISTA LAW GROUP, PSC and debtor(s) provides for fees to be billed at the standard rate of $275.00 per hour for services performed by Jesus E. Batista. Matters attended by associate attorneys will be charged at the rate of $225.00, and matters attended by paralegal staff and/or in-house accountant at the rate of $100.00 per hour. Expenses will be charged at their cost/price. The fees were collected by THE BATISTA LAW GROUP, PSC. and undersigned counsel has not been paid any of these fees.
(2) In addition, the Debtor advanced $500.00 to cover fees and cost related to Debtor's case. The fees and costs to be covered include but are not limited to: filing fees ($313.00); title study ($60.00-$75.00); credit counseling (first and second, $60.00-$80.00); credit reports ($35.00); copies and mailing ($25.00); comparables search ($10.00).

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtors in any dischargeability actions, judicial lien avoidances, appeals, relief from stay actions, adversary proceedings, preparation and filing of reaffirmation agreements and applications as needed or preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. In addition, this agreement is limited to Bankruptcy work up to Debtor's Discharge Order. This agreement does not include any work in local state courts, administrative court or any other forum other than the bankruptcy court.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 04/12/2023 | /s/ Jesus Enrique Batista Sanchez |
| *Date* | Jesus Enrique Batista Sanchez |
| | *Signature of Attorney* |
| | Bar Number: USDC No. 227014 |
| | The Batista Law Group, PSC |
| | Capital Center Building |
| | 239 Ave Arterial Hostos Ste 206 |
| | San Juan, PR 00918-1475 |
| | Phone: (787) 620-2856 |
| | |
| | The Batista Law Group, PSC |
| | *Name of law firm* |

Date:    04/12/2023                      /s/ Juan Rafael Pierantoni Gonzalez

**Juan Rafael Pierantoni Gonzalez**

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**
**HATO REY DIVISION**

IN RE: **COMUNICADORES GRAFICOS INC**         CASE NO

                                              CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____04/12/2023_____   Signature _____/s/ Juan Rafael Pierantoni Gonzalez_____
                                      Juan Rafael Pierantoni Gonzalez, President

AAA
PO Box 70101
San Juan, PR 00936

ACRECENT
PO Box 363372
San Juan, PR 00936

AMERICAN PAPER
CORPORATION
AMELIA INDUSTRIAL PARK
26 B CALLE EMMA SUITE 1
Guaynabo, PR 00968-8007

BANCO POPULAR DE PR
Po Box 362708
San Juan, PR 00936-2708

BUFETE DAVID NORIEGA
RODRIGUEZ
DAVID NORIEGA COSTAS
JAVIER NORIEGA COSTAS
AVE. PONCE DE LEON 623 OFICINA 305-B
San Juan, PR 00917

CEFI
650 LUIS MUNOZ RIVERA AVE.
SUITE 101
00918

COMPANIA DE FOMENTO
INDUSTRIAL DE PR
PO Box 192159
San Juan, PR 00919

COMPANIA DE FOMENTO
INDUSTRIAL DE PR
MELISSA RIOS MONTOYA
PO Box 192159
San Juan, PR 00919

CORPORACION FONDO DEL
SEGURO DEL ESTADO
PO Box 248
Bayamon, PR 00960


Maria J. Cotto
URB. LA SERRANI
MIRAFLORES NUM. 9
Caguas, PR 00725


CRIM
PO Box 195387
San Juan, PR 00919-5387


DEPARTAMENTO DE
HACIENDA
BANKRUPTCY DEPARTMENT
Po Box 9024140
San Juan, PR 00902-4140

DEPARTAMENTO DEL
TRABAJO Y RECURSOS
HUMANOS
PO Box 195540
San Juan, PR 00919

ENRIQUE MONTIJO
URB. LOIZA VALLEY
CALLE CANARIO G-264
Canovanas, PR 00729


IRS
PO Box 7346
Philadelphia, PA 19101


LCDO. ANTONIO R. LANZAR
YURET
PO Box 71592
San Juan, PR 00936

LEASE OPTION
PO Box 40851
San Juan, PR 00940

LUMA ENERGY
PO Box BOX 363508
San Juan, PR 00936

MAPFRE PUERTO RICO
LCDA. RAHYXA Y. MIRANDA GRAJALES
DIVISION LEGAL Y DE LITIGIOS
DEPARTAMENTO DE RECURSOS
HUMANOS
PO Box 70244
San Juan, PR 00936-8244

MAPRE LIFE INSURANCE
COMPANY OF PR
PO Box 70333
San Juan, PR 00936

McCONNELL VALDES LLC
PO Box 364225
San Juan, PR 00936

MCD LAW LLC
LCDA. CRISTINA A. FERNANDEZ
RODRIGUEZ
PO Box 191732
San Juan, PR 00919-1732

MERCEDES BENZ FINANCIAL
PO Box 685
Roanoke, TX 76262

MUNICIPIO DE CANOVANAS
PO Box 1612
Canovanas, PR 00729

OJEDA & OJEDA LAW
OFFICES, P.S.C.
RAFAEL A. OJEDA DIEZ, ESQ.
ASHFORD AVE. 1474 SUITE 100,
CONDADO
San Juan, PR 00907-1559

OPAGRA
PO Box 364302
San Juan, PR 00936

ORIENTAL BANK
PO Box 364745
San Juan, PR 00936

ORLANDO RODRIGUEZ
MORALES
URB. PALACIOS DE MARBELLA
1160 CALLE PABLO IGLESIAS
Toa Alta, PR 00953

JUAN RAFAEL PIERANTONI
URB. HACIENDA REAL
CALLE CUNDEAMOR G4
Canovanas, PR 00729

RESOLUTE FP US, INC.
5300 CURETON FERRY RD
Catawba, SC 29704

RICOH PUERTO RICO INC
1510 AVE. FRANKLIN DELANO
ROOSEVELT
Guaynabo, PR 00968

SINOT
PO Box 195540
San Juan, PR 00919

SMALL BUSINESS ADMINISTRATION
PO Box 3918
Portland, OR 97208-3918

SMALL BUSINESS ADMINITRATION
PO Box 3918
Portland, OR 97208

WILFREDO HERNANDEZ MALDONADO
URB. ROLLING HILLS
Carolina, PR 00987

WORLDNET TELECOMMUNICATIONS, LLC
PO Box 70201
San Juan, PR 00936